UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEREMY PINSON, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE, et al.,<br>    Defendants. | Civil Action No.<br>13-13077-NMG |

**MEMORANDUM AND ORDER FOR DISMISSAL**

**GORTON, J.**

On October 1, 2015, this Court issued a Memorandum and Order (Docket No. 5) denying plaintiff Jeremy Pinson's ("Pinson") motion for leave to proceed *in forma pauperis*. Both plaintiffs (Pinson and Mikeal Stine) were found to be three-strikes litigants pursuant to 28 U.S.C. § 1915(g)(making them ineligible to proceed *in forma pauperis* in this action).

In light of this, this Court ordered that the $400.00 filing and administrative fees be paid by one or both of the plaintiffs by November 12, 2015. To date, neither plaintiff has submitted the filing and administrative fees as directed and the time period for doing so has expired.

Accordingly, for the failure of the plaintiffs to pay the filing and administrative fees of the Court as directed, this

action is <u>DISMISSED</u> in its entirety.

**So ordered.**

<u>/s/ Nathaniel M. Gorton</u><br>Nathaniel M. Gorton<br>United States District Judge

Dated: November 20, 2015